**Opinion issued April 2, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00364-CV

————————————

**MELVIN TAYLOR AND J&S EXCHANGE, INCORPORATED, Appellants**

**V.**

**JOHN PETROSKY, Appellee**

---

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Case No. 2017-48573**

---

## MEMORANDUM OPINION

Pending before the Court is an agreed motion for reversal and remand for entry of judgment consistent with the parties' settlement agreement. The parties have settled all matters in controversy. By their motion, the parties have agreed that the underlying judgment should be reversed, and the case should be remanded

for entry of a take-nothing judgment. Pursuant to Texas Rule of Appellate Procedure 42.1(a)(2)(B), we grant the agreed motion, reverse the trial court's judgment, and remand this case to the trial court for rendition of a take-nothing judgment. *See* TEX. R. APP. P. 42.1(a)(2)(B). The motion does not specify that the parties have reached an agreement regarding costs. Accordingly, costs are taxed against the appellants, Melvin Taylor and J&S Exchange, Incorporated. *See* TEX. R. APP. P. 42.1(d).

Julie Countiss
Justice

Panel consists of Chief Justice Radack and Justices Goodman and Countiss.

2